UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DINOSAUR MERCHANT BANK LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19 CV 84 ACL |
| | ) | |
| vs. | ) | |
| | ) | |
| BANCSERVICES INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# **JUDGMENT**

Pursuant to the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Plaintiff Dinosaur Merchant Bank Limited, and against Defendant Bancservices International, LLC in the amount of $3,469,718.26 including costs and prejudgment interest, on Plaintiff's Complaint. Dinosaur is also entitled to an award of reasonable attorneys' fees and expenses, in an amount to be determined at a later date.

Dated this 17th day of April, 2020.

                                                          s/ *Abbie Crites-Leoni*
                                                        ABBIE CRITES-LEONI
                                                       UNITED STATES MAGISTRATE JUDGE